No. 4,872.—IN RE EAKINS' ESTATE. JAMES EAKINS, RESPONDENT, *v.* MARY A. EAKINS, APPELLANT.

*Appeal from Silver Bow County; Jeremiah J. Lynch, Judge.*

Decided October 24, 1922.

PER CURIAM.—Pursuant to stipulation of the parties the appeal in the above-entitled cause is dismissed.

*Mr. E. D. Elderkin* and *Mr. N. A. Rotering,* for Appellant.

*Mr. J. O. Davies* and *Mr. F. E. McCracken,* for Respondent.

---

No. 5,206.—J. M. HOMBS, APPELLANT, *v.* JAMES C. DAVIS, AGENT, RESPONDENT.

*Appeal from District Court, Cascade County.*

Decided November 4, 1922.

PER CURIAM.—On motion of respondent the appeal in the above-entitled cause is dismissed for failure of appellant to file transcript on appeal within the time allowed by the rules of the supreme court.

*Mr. I. Parker Veazey, Jr., Mr. W. L. Clift* and *Mr. R. H. Glover,* for Respondent.